UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE L. BURGESS,<br><br>    Plaintiff,<br><br>    vs.<br><br>J. RAYA, et al.,<br><br>    Defendants. | Case No. 1:11-cv-00921-LJO-JLT<br><br>ORDER DISREGARDING DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 12). |

Plaintiff Dwayne L. Burgess ("Plaintiff") is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 27, 2012, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint. (Doc. 12). For the reasons described below, Defendants' motion is DISREGARDED.

Defendants removed Plaintiff's case to this Court on June 6, 2011. (Doc. 1). Because Plaintiff's initial complaint sought redress from governmental employees in a civil action, this Court was required to screen his complaint in order to identify cognizable claims. 28 U.S.C. § 1915A(a)-(b). The Court's October 17, 2012 screening order dismissed Plaintiff's Complaint as to all Defendants because it failed to state any cognizable claims. (Doc. 8). The Court gave Plaintiff 21 days to amend his complaint and attempt to cure the deficiencies set forth in the October 17, 2012 screening order. (Doc. 8). Plaintiff timely filed his First Amended Complaint on December 10, 2012. (Doc. 11). Defendants have filed their instant motion to dismiss

Plaintiff's FAC before the Court has had an opportunity to screen it for cognizable claims. Once the Court has determined whether Plaintiff has stated cognizable claims against any named Defendants, the Court will issue an order requiring Defendants to file a responsive pleading. Until that time, Defendants need not respond to the pleadings filed by Plaintiff.

Accordingly, it is HEREBY ORDERED that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 12) is DISREGARDED.

IT IS SO ORDERED.

Dated:   **December 28, 2012**            /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE