UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE L. BURGESS,<br><br>       Plaintiff,<br><br>   v.<br><br>J. RAYA, et. al,<br><br>       Defendants. | Case No.: 1:11-cv-0921 – LJO – JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER<br><br>(Doc. 17). |

     Plaintiff is a prisoner proceeding *pro se* in an action pursuant to 42 U.S.C. § 1983.  The Court dismissed Plaintiff's first amended complaint on April 19, 2013, but granted Plaintiff leave to file a second amended complaint. (Doc. 14).  On May 15, 2013, on Plaintiff's motion, the Court granted Plaintiff an additional 30 days in which to file his second amended complaint. (Doc. 17).  More than 30 days have passed and Plaintiff has failed to file a second amended complaint.

     The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110.   District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions. Thompson v. Housing Authority of Los Angeles, 782 F.2d 829, 831 (9th Cir. 1986).

     Plaintiff is advised that this will be the Court's **FINAL** order for Plaintiff to file a second

amended complaint within **14 days of the date of service of this Order**. **Failure to file this declaration will result in an immediate finding and recommendation that this matter be dismissed without leave to amend.**

IT IS SO ORDERED.

Dated:  **June 21, 2013**              /s/ Jennifer L. Thurston
                                                           UNITED STATES MAGISTRATE JUDGE