UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE L. BURGESS, | Case No.: 1:11-cv-00921 –LJO - JLT (PC) |
| Plaintiff, | ORDER DISCHARGING THE ORDER TO SHOW CAUSE |
| v. | |
| J. RAYA, et al. | (Doc. 20) |
| Defendants. | |

Dwayne L. Burgess is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On June 21, 2013, the Court ordered Plaintiff to show cause within 14 days as to why the present matter should not be dismissed for Plaintiff's failure to timely file his second amended complaint. (Doc. 20). Plaintiff subsequently filed his second amended complaint on June 24, 2013. (Doc. 21). Thus, the Court finds that Plaintiff has complied with the Court's order to file the second amended complaint. Accordingly, the Court **HEREBY ORDERS** that the order to show cause (Doc. 20) be **DISCHARGED.**

IT IS SO ORDERED.

Dated:  **July 9, 2013**          **/s/ Jennifer L. Thurston**
                                 UNITED STATES MAGISTRATE JUDGE

1