UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE L. BURGESS,<br><br>        Plaintiff,<br><br>   v.<br><br>RAYA, et al,<br><br>        Defendants. | 1:11-cv-00921-LJO-JLT (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid any filing fees nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

      Accordingly, IT IS HEREBY ORDERED that:

      Within 45 days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, be prepared to pay the fees associated with filing pleadings/motions, serving trial subpoenas, etc., for this action. **No requests for extension will be granted without a showing of good cause**.  Within 60 days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

///

///

1

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **April 15, 2014**                              **/s/ Jennifer L. Thurston**
                                                                             UNITED STATES MAGISTRATE JUDGE