UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DWAYNE L. BURGESS, | Case No. 1:11-cv-00921 LJO JLT |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINE** |
| J. RAYA, et al., | (Doc. 58) |
| Defendants. | |

Based upon the stipulation of the parties, the Court **GRANTS** the request to amend the scheduling order. The discovery deadline is extended to January 15, 2015. No other modifications to the scheduling order are authorized.

IT IS SO ORDERED.

Dated: __**December 18, 2014**__            __*/s/ Jennifer L. Thurston*__
                                                                       UNITED STATES MAGISTRATE JUDGE